

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00455-CV

**IN RE THE CITY OF SAN ANTONIO, ACTING BY AND THROUGH THE CITY PUBLIC SERVICE BOARD OF SAN ANTONIO**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On July 14, 2025, relator filed this petition for writ of mandamus challenging respondent's June 12, 2025 order requiring it to pay the real party in interest $2,540 in attorneys' fees. This court has reviewed the petition, record, and applicable law and determined that relator is not entitled to mandamus relief. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI04406, styled *Marlena Reann Calo-oy et al v. AT&T Inc. et al*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.